# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128963

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARIA CIARAMITARO, Next Friend and
Guardian of EMELIA CIARAMITARO,
and EMELIA CIARAMITARO,
        Plaintiffs-Appellees,

v

        SC: 128963
        COA: 261904
        Macomb CC: 03-003042-NF

AAA MICHIGAN,
        Defendant-Appellant.

_____/

      By order of July 15, 2005, the application for leave to appeal was held in abeyance pending the decision in *Devillers v Auto Club Ins Ass'n* (Docket No. 126899). On order of the Court, the opinion having been issued on July 29, 2005, 473 Mich 562 (2005), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

p1012

             Clerk